UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MARTHA M. GONZALEZ,<br><br>              Defendant. | CASE NO.:  22-cr-00345-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that Ms. Martha M. Gonzalez's Motion Hearing/Trial Setting currently scheduled for March 25, 2022 at 1:30 p.m., be rescheduled to April 22, 2022 at 1:30 p.m.

The court finds that time is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) and that for the reasons listed in the joint motion and incorporated by reference herein, the ends of justice served by granting the requested continuance outweigh the best interest of the public and Ms. Gonzalez in a speedy trial.

**SO ORDERED.**

Dated:  March 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge